# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **MARK A. WOODSIDES,** )<br>)<br>　　　　**Plaintiff,** )<br>)<br>　　-vs- )<br>)<br>**COMMISSIONER OF SOCIAL** )<br>　**SECURITY,** )<br>)<br>　　　　**Defendant.** ) | CASE NO. 3:05-cv-043-DGW |

## JUDGMENT IN A CIVIL CASE

　　**DECISION BY COURT.** The matter came before the Court on Complaint for review of a final decision of the Commissioner of Social Security.

　　**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on March 31, 2006, the final decision of the Commissioner of Social Security is **REVERSED and REMANDED** to the agency for further review.

**DATED**: March 31, 2006

　　　　　　　　　　　　　　　　　　　　　　**NORBERT G. JAWORSKI,  CLERK**

　　　　　　　　　　　　　　　　　　　　　　**BY: s/ Robin M. Butler**　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**

**s/ Donald G. Wilkerson**　　　　　　　　
**United States Magistrate Judge**
**Donald G. Wilkerson**